**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RIDWAN SHAKUR**                                                    **PLAINTIFF**

**V.**                 **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                       **DEFENDANTS**

**<u>ORDER</u>**

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Shakur's motion for preliminary injunctive relief (docket entry #5) is DENIED.

IT IS SO ORDERED, this 14th day of August, 2013.

                                                           <u>/s/Susan Webber Wright</u>
                                                           UNITED STATES DISTRICT JUDGE