**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RIDWAN SHAKUR**                                                                                                  **PLAINTIFF**

**V.**                         **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                                 **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects

Mr. Shakur's claims against Defendants Teel, Kelly, and Winters are DISMISSED, without prejudice. In addition, his claim regarding the loss of his personal property, as well as his claims regarding the overcrowding of his cell and the failure to conduct a more hygienic search of his cell, are also DISMISSED, without prejudice.

IT IS SO ORDERED this 16th day of September, 2013.

                                                 /s/Susan Webber Wright

                                                 UNITED STATES DISTRICT JUDGE