# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RIDWAN SHAKUR**                                                                          **PLAINTIFF**

**V.**                  **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                          **DEFENDANTS**

## ORDER

The Court has reviewed a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After carefully considering the timely objections,[1] and after conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Shakur's retaliation claim is DISMISSED, without prejudice.

IT IS SO ORDERED this 25th day of October, 2013.

                                                   /s/Susan Webber Wright

                                                   UNITED STATES DISTRICT JUDGE

---

[1] In his second amended complaint (ECF No. 51), Plaintiff alleges that he is "being denied due process" based on a document posted on the detention center bulletin board, which warns prisoners that they will be punished for filing frivolous lawsuits. Plaintiff does not allege that he has been punished as a result of filing this lawsuit, and it is evident that the alleged posting has not prevented Plaintiff from pursuing the claims joined in this lawsuit. Accordingly, the Court agrees that Plaintiff's allegations are insufficient to state a cognizable claim for relief.