# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RIDWAN SHAKUR**                                                    **PLAINTIFF**

**V.**                 **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                       **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Shakur's motion for preliminary injunctive relief (docket entry #59) is DENIED.

IT IS SO ORDERED, this 4th day of November, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE