# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RIDWAN SHAKUR**                                                                                **PLAINTIFF**

**V.**                 **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Shakur's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's motion to amend (ECF No. 88) is DENIED.

IT IS SO ORDERED THIS 13TH DAY OF JANUARY, 2014.

                                                                       /s/Susan Webber Wright

                                                                       UNITED STATES DISTRICT JUDGE