# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RIDWAN SHAKUR**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                                               **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere.  After careful review of the Recommendation, Mr.

Shakur's timely objections, as well as a *de novo* review of the record, the Court concludes

that the Recommendation should be, and hereby is, approved and adopted as this Court's

findings in all respects, with the exception that the Court finds that the doctrine of

sovereign immunity is not applicable in this case.[1]

IT IS THEREFORE ORDERED that Defendants Randall, Vincent, Douglas,

Bowen, Hinton, Pruitt, Spaul, Huffman, Barden, Nester, Govia, Teel, Winters, and

Williams's motion for summary judgment (#101) is GRANTED.  Pursuant to the

---

[1]The Court agrees that Plaintiff's official-capacity claims against Faulkner County
Detention employees must be dismissed, but the Court disagrees that the claims are barred under
the doctrine of sovereign immunity, which bars a suit for money damages against a state official
unless Congress has abrogated the state's immunity or the state consents to suit or waives its
immunity.  *See Edleman v. Jordan*, 415 U.S. 651, 663 (1974).   Plaintiff brings claims against
Faulkner County employees, not state officials, and his official-capacity claims are equivalent to
claims against the County. *See Parrish v. Ball*, 594 F.3d 993, 997 (8th Cir.2010).  A county may
be liable under 42 U.S.C. § 1983 only where a policy or custom of the county was the moving
force behind the constitutional violation at issue. *Id.; Jenkins v. County of Hennepin, Minn.*, 557
F.3d 628, 632 (8th Cir.  2009).  Here, Plaintiff has failed to allege or come forward with evidence
that a County policy or custom caused him injury.

judgment entered together with this order, this action is DISMISSED WITH

PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2014.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE