# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RIDWAN SHAKUR**                                                   **PLAINTIFF**

**V.**             **CASE NO. 4:13CV00431 SWW/BD**

**JOHN RANDALL, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE